AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com

*Attorney for Collegium Fund LLC Series #51*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #51, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; CARRINGTON MORTGAGE SERVICES; MTC FINANCIAL INC., DBA TRUSTEE CORPS; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | CASE NO.:   2:22-CV-00907-RFB-EJY<br><br>**STIPULATION AND ORDER TO POSTPONE FORECLOSURE SALE PENDING MOTION FOR TEMPORARY RESTRAINING ORDER** |

On May 11, 2022, Collegium Fund LLC Series #51 ("Collegium #51") filed a Complaint in the Eighth Judicial District Court, Case No. A-22-852435-C, against Defendants, Bank of America, N.A. ("BANA"), and Carrington Mortgage Services, LLC ("Carrington").  On May 12, 2022, Collegium #51 filed an Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Foreclosure Sale to be held on June 14, 2022.  On May 16, 2022, the Court entered an Order Setting Hearing of Ex Parte Motion for Preliminary Injunction and Temporary Restraining Order which ordered that any opposition to the motion for preliminary injunction shall be filed and served by May 31, 2022.  No opposition was filed.

On June 6, 2022, BANA and Carrington filed a Notice of Removal to Federal Court Based on

Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 2:22-cv-00907. The Parties hereby stipulate and agree as follows:

1. BANA and Carrington shall postpone the Trustee's Sale for the Subject Property located at **9266 Aspen Shadow Street, Las Vegas, NV 89178, APN: 176-21-211-002,** to allow the Parties to brief Collegium #51's motion for preliminary injunction in its normal course.

2. Collegium #51 shall file its Motion for Preliminary Injunction on or before June 30, 2022.

3. BANA and Carrington shall file its responsive pleading to the Complaint on or before June 30, 2022.

| | |
|---|---|
| DATED this 7th day of June, 2022<br><br>**CLARK NEWBERRY LAW FIRM**<br><br>  /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Collegium Fund LLC Series #51* | DATED this 8th day of June, 2022<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>  /s/ Brody R. Wight<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)<br>*Attorney for Defendants Bank of America, N.A. and Carrington Mortgage Services, LLC* |

///

///

///

///

///

///

IT IS HEREBY ORDERED that BANA and Carrington shall postpone the Trustee's Sale for the Subject Property located at **9266 Aspen Shadow Street, Las Vegas, NV 89178, APN: 176-21-211-002,** until after the hearing on Collegium #51's Motion for Preliminary Injunction.

IT IS FURTHER HEREBY ORDERED that ~~Valencia~~ *Callegium #51* shall file its Motion for Preliminary Injunction on or before June 30, 2022.

IT IS FURTHER HEREBY ORDERED that ~~Shellpoint~~ *BANA and Carrington* shall file its responsive pleading to the Complaint on or before June 30, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2022

Submitted by:

CLARK NEWBERRY LAW FIRM

   /s/ Aimee Clark Newberry
Aimee Clark Newberry, Esq.
Nevada Bar No. 11084
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
*Attorney for Plaintiff Collegium Fund LLC Series #51*