AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com

*Attorney for Collegium Fund LLC Series #51*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #51, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; CARRINGTON MORTGAGE SERVICES; MTC FINANCIAL INC., DBA TRUSTEE CORPS; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22-CV-00907-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |

On July 12, 2022, the parties met and conferred regarding mutual extensions to the deadline for plaintiff Collegium Fund LLC Series #51 ("Plaintiff") to file an Opposition to defendants Bank of America, N.A. and Carrington Mortgage Services, LLC's ("Defendants") Motion to Dismiss (ECF #7) and the deadline for Defendants to file an Opposition to Plaintiff's Motion for Preliminary Injunction (ECF # 8.) Accordingly, the parties stipulated as follows:

1. Plaintiff's deadline to oppose Defendants' Motion to Dismiss shall be July 28, 2022.

2. Defendants' deadline to oppose Plaintiff's Motion for Preliminary Injunction shall be July 28, 2022.

///

| | |
|---|---|
| DATED this 13th day of July, 2022 | DATED this 13th day of July, 2022 |
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| /s/ Aimee Clark Newberry | /s/ Brody R. Wight |
| AIMEE CLARK NEWBERRY, ESQ. | BRODY R. WIGHT, ESQ. |
| Nevada Bar No. 11084 | Nevada Bar No. 13615 |
| 410 S. Rampart Blvd., Suite 390 | 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*) |
| Las Vegas, Nevada 89145 | 600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*) |
| *Attorney for Collegium Fund LLC Series #51* | *Attorney for Defendants Bank of America, N.A. and Carrington Mortgage Services, LLC* |

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendants' Motion to Dismiss on or before July 28, 2022.

IT IS FURTHER HEREBY ORDERED that Defendants shall file their Opposition to Plaintiff's Motion for Preliminary Injunction on or before July 28, 2022.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of July, 2022.

Submitted by:

CLARK NEWBERRY LAW FIRM

  /s/ Aimee Clark Newberry
Aimee Clark Newberry, Esq.
Nevada Bar No. 11084
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
*Attorney for Plaintiff Collegium Fund LLC Series #51*