AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com

*Attorney for Collegium Fund LLC Series #51*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #51, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; CARRINGTON MORTGAGE SERVICES; MTC FINANCIAL INC., DBA TRUSTEE CORPS; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22-CV-00907-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |

On July 27, 2022, the parties met and conferred regarding mutual extensions to the deadline for plaintiff Collegium Fund LLC Series #51 ("Plaintiff") to file an Opposition to defendants Bank of America, N.A. and Carrington Mortgage Services, LLC's ("Defendants") Motion to Dismiss (ECF #7) and the deadline for Defendants to file an Opposition to Plaintiff's Motion for Preliminary Injunction (ECF # 8.)  Accordingly, the parties stipulated as follows:

1. Plaintiff's deadline to oppose Defendants' Motion to Dismiss shall be August 12, 2022.

2. Defendants' deadline to oppose Plaintiff's Motion for Preliminary Injunction shall be August 12, 2022.

3. Defendants' deadline to reply to Plaintiff's Opposition to Defendants' Motion to

Dismiss shall be August 26, 2022.

4. Plaintiff's deadline to reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction shall be August 26, 2022.

| DATED this 27th day of July, 2022 | DATED this 27th day of July, 2022 |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Collegium Fund LLC Series #51* | /s/ Brody R. Wight<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)<br>*Attorney for Defendants Bank of America, N.A. and Carrington Mortgage Services, LLC* |

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendants' Motion to Dismiss on or before August 12, 2022.

IT IS FURTHER HEREBY ORDERED that Defendants shall file their Opposition to Plaintiff's Motion for Preliminary Injunction on or before August 12, 2022.

IT IS FURTHER HEREBY ORDERED that Defendants shall file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss on or before August 26, 2022.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall file their Reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction on or before August 26, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED this 28th day of July, 2022.

Submitted by:

CLARK NEWBERRY LAW FIRM

*/s/ Aimee Clark Newberry*
Aimee Clark Newberry, Esq.
Nevada Bar No. 11084
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
*Attorney for Plaintiff Collegium Fund LLC Series #51*